SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
　A Limited Liability Partnership
　　Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
JOHN D. ELLIS Cal. Bar No. 269221
jellis@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
379 Lytton Ave.
Palo Alto, California 94301
Telephone: 650.815.2600
Facsimile: 650.815.2601

Attorneys for Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADASHIV MARES, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and Does 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-07920-VAP (KKx)<br><br>**[Proposed] PROTECTIVE ORDER** |

SMRH:480038026.1　　　　　　　　　　　　　　　　　　[PROPOSED] PROTECTIVE ORDER

1  FINDING GOOD CAUSE, IT IS HEREBY ORDERED that Plaintiff
2  Sadashiv Mares and Defendant Swift Transportation Co. of Arizona, LLC's
3  Stipulated Protective Order lodged with the Court on December 1, 2016 is approved
4  and hereby adopted as the Order of the Court.

6  DATED: December 2, 2016

   Honorable Kenly Kiya Kato
   United States Magistrate Judge