**United States District Court**
**Central District of California**

Sadashiv Mares

    Plaintiff,

v.

Swift Transportation Co. of Arizona, LLC et al.,

    Defendant.

2:15-cv-07920 VAP (KKx)

**Judgment in Favor of Defendant Swift Transportation Co. of Arizona, LLC**

FILED
CLERK, U.S. DISTRICT COURT
DEC 18, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's December 18, 2018 Order Granting Defendant Swift Transportation Co. of Arizona, LLC's Motion for Summary Judgment (Doc. No. 98), IT IS ORDERED AND ADJUDGED that Plaintiffs' complaint is DISMISSED WITH PREJUDICE as to Defendant Swift Transportation Co. of Arizona, LLC. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 12/18/18

Virginia A. Phillips
Chief United States District Judge